HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED OF CAROLINAS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>RITCHIE BROS AUCTIONEERS (AMERICA) INC.; and IRONPLANET, INC.,<br><br>Defendants. | CIVIL ACTION NO. 2:24-cv-01080-BJR<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

THIS MATTER came before the Court on Defendants' Motion for Withdrawal and Substitution of Counsel ("Motion"). The Court having reviewed the Motion and all papers filed in support, in opposition, in reply, or otherwise in connection with the Motion, as well as the pleadings and other papers filed herein, and is otherwise fully apprised and informed.

Now, therefore, it is hereby ORDERED:

Defendants' Motion is GRANTED.

IT IS THEREFORE ORDERED that Todd A. Jones is permitted to withdraw as counsel for Defendants.

IT IS FUTHER ORDERED that Nathan T. Alexander is substituted as counsel for Defendants.

ORDER GRANTING MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL - 1
2:24-cv-01080-BJR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

SO ORDERED this 30th day of September 2024.

*Barbara J. Rothstein* (signature)

Honorable Barbara J. Rothstein

Presented by:

ANDERSON JONES, PLLC

*/s/ Todd A. Jones per email authorization*
Todd A. Jones
tjones@andersonandjones.com
Anderson Jones, PLLC
P.O. Box 20248
Raleigh, NC 27619
(919) 277-2541

*Withdrawing Attorney for Ritchie Bros. Auctioneers (America) Inc. and IronPlanet, Inc.*

DORSEY & WHITNEY LLP

*/s/ Nathan Alexander*
Nathan T. Alexander WSBA #37040
alexander.nathan@dorsey.com
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800

*Substituting Attorney for Ritchie Bros. Auctioneers (America) Inc. and IronPlanet, Inc.*

ORDER GRANTING MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL - 2
2:24-cv-01080-BJR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820