The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED OF CAROLINAS, INC.,

    Plaintiff,

v.

RITCHIE BROS. AUCTIONEERS (AMERICA), INC.; AND IRONPLANET, INC.,

    Defendants.

NO. 24-cv-1080-BJR

**ORDER TO SHOW CAUSE**

This case was removed from Mecklenburg County Superior Court in May 2024. On July 22, 2024, the case was transferred from the Western District of North Carolina to this Court. On that date, the Clerk of the Court notified Plaintiff that it did not have counsel admitted to practice before this Court, and that, pursuant to LCR 83.1(d)(1) Plaintiff was "required to associate local counsel in this district." ECF No. 16.

On July 23, 2024, the Court issued its Standing Order for All Civil Cases. ECF No. 17. On August 30, 2024, the Court issued its Order Regarding Initial Disclosures and Joint Status Report. ECF No. 18. The parties were ordered to confer and provide the Court with a combined Joint Status Report and Discovery Plan by October 11, 2024. *Id.*

ORDER TO SHOW CAUSE

- 1

Defendants timely filed a Status Report on the deadline. ECF No. 21. Defendants' counsel represents that counsel attempted to confer with Plaintiff's counsel but received no response. *Id.* The Court's Order directs Plaintiff's counsel to be responsible "for starting the communications needed to comply with this Order." ECF No. 18. And this Court's Standing Order warns the parties that failure to comply with the Court's orders may result in sanctions. ECF No. 17.

Therefore, the Court hereby directs Plaintiff to show cause within 30 days why this matter should not be dismissed for failure to comply with the Court's orders. Plaintiff's response to this order is due no later than November 15, 2024.

DATED this 16th day of October 2024.

*[signature]*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER TO SHOW CAUSE

- 2